NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS DYNAMICS, LLC,**
*Plaintiff-Appellant,*

v.

**BUYERS PRODUCTS COMPANY,**
*Defendant-Cross Appellant.*

---

2011-1291, 2012-1046, -1057

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0261, Judge William M. Conley.

---

## ON MOTION

---

## O R D E R

The parties move jointly to continue the stay of the briefing schedule in this appeal pending final disposition of the underlying case in the United States District Court for the Western District of Wisconsin.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule remains stayed. The parties are directed to inform the court within 30 days of the final disposition of the case below how this appeal should proceed.

FOR THE COURT

NOV 2 9 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Aaron T. Olejniczak, Esq.
Todd R. Tucker, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 9 2011

JAN HORBALY
CLERK